UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KAREN VIVIEN SUTHERLAND,

                Plaintiff,            21 **CIVIL** 8527 (PAE)(KHP)

-v-                            **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 31, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), for the purpose of conducting further administrative proceedings, including providing the claimant with an opportunity for a hearing.

**Dated:**  New York, New York
          March 31, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                              **BY:**
                                                        **Deputy Clerk**