UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN VIVIEN SUTHERLAND,

                          Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendants.

21 Civ. 8527 (PAE) (KHP)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support. Dkts. 15–17. Defendant is directed, by July 11, 2022, to respond to the motion.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 28, 2022
       New York, New York