UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAREN VIVIEN SUTHERLAND,

                                    Plaintiff,

                    -v-

COMISSIONER OF SOCIAL SECURITY, *et al.*,

                                    Defendants.

21 Civ. 8527 (PAE) (KHP)

<u>OPINION & ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

Currently pending is a motion for attorneys' fees, pursuant to the Social Security Act (the "Act"), 42 U.S.C. § 406(b), by plaintiff's counsel, Howard David Olinsky of the Olinsky Law Group ("Olinsky Law").   Before the Court is the January 27, 2026 Report and Recommendation of the Hon. Katherine H. Parker, United States Magistrate Judge, recommending that the Court grant the motion for fees in the amount of $7,840, and that fees in the amount of $1,370, awarded under the Equal Access to Justice Act ("EAJA"), be returned to plaintiff Karen Vivien Sutherland by her counsel.  Dkt. 26 ("Report").  The Court incorporates by reference the summary of the facts provided in the Report.  For the following reasons, the Court adopts the Report's recommendation.

## DISCUSSION

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950 (KPF), 2014 WL 4635575, at *2 (S.D.N.Y.

Aug. 19, 2014) (quoting *King v. Greiner*, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also, e.g., Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As no party has submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Parker's thorough and meticulous Report reveals no facial error in its conclusions. The Report is therefore adopted in its entirety. Because the Report explicitly states that "[t]he parties shall have fourteen days (including weekends and holidays) from service of this report and recommendation to file written objections," *id.* at 35, the parties' failure to object operates as a waiver of appellate review. *See Caidor v. Onondaga Cty.*, 517 F.3d 601, 604 (2d Cir. 2008) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).

## CONCLUSION

For the foregoing reasons, the Court grants the motion for fees in the amount of $7,840, and directs counsel, upon receipt of this sum, to return to Sutherland fees in the amount of $1,370. The Court respectfully directs the Clerk to mail a copy of this decision to plaintiff at the address on file.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 17, 2026
New York, New York

2